NO. SCWC-29615

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————————————————————

STATE OF HAWAIʻI, Petitioner/Plaintiff-Appellee,

vs.

PETER TIA, Respondent/Defendant-Appellant.

———————————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29615; CR. NO. 08-1-0985)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By:  Duffy, J., for the court[1])

Petitioner/Plaintiff-Appellee State of Hawaii's

application for writ of certiorari, filed on December 17, 2010,

is hereby rejected.

DATED:  Honolulu, Hawaiʻi, January 27, 2011.

FOR THE COURT:

/s/ James E. Duffy, Jr.

Associate Justice



Stephen K. Tsushima,
Deputy Prosecuting Attorney,
for petitioner/plaintiff-
appellee on the application

———————————————

[1] Considered by:  Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ.,
and Circuit Judge Castagnetti, assigned by reason of vacancy.